Gellinoff, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Murphy, J. P., Lupiano, Capozzoli, Lane and Markewich, JJ. [85 Misc 2d 280.]

■ JANNETTE O. DOMINGO et al., Appellants, v SPENCER D. FERRIS et al., Doing Business as SWARTHOUT & FERRIS, et al., Respondents.—Order, Supreme Court, New York County, entered on January 22, 1976, unanimously affirmed for the reasons stated by Amsterdam, J., at Special Term and order entered January 9, 1976, unanimously affirmed for the reasons stated by Gellinoff, J., at Special Term, both without costs and without disbursements. Concur—Lupiano, J. P., Birns, Silverman and Capozzoli, JJ.

■ LIGHTHOUSE INNS, INC., Appellant, v THERMASOL, LTD., Respondent.— Judgment, Supreme Court, New York County, entered on or about November 17, 1976, unanimously affirmed for the reasons stated by S. Rosenberg, J., at Special Term. Respondent shall recover of appellant $40 costs and disbursements of this appeal. Concur—Lupiano, J. P., Birns, Silverman and Capozzoli, JJ.

■ ROBERT L. PHIPPS, Respondent, v CAROLYN H. PHIPPS, Appellant.— Order, Supreme Court, New York County, entered on October 20, 1975, unanimously affirmed for the reasons stated by Baer, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Birns, Capozzoli, Nunez and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL COOPER, Appellant.—Judgment, Supreme Court, Bronx County, rendered on October 22, 1975, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50(subd 5). No opinion. Concur—Stevens, P. J., Murphy, Birns, Silverman and Lynch, JJ.

■ CAYUGA CONSTRUCTION CORPORATION, Appellant, v CITY OF NEW YORK, Respondent.—Order, Supreme Court, New York County, entered on September 23, 1975, and judgment of said court entered thereon on October 31, 1975, unanimously affirmed for the reasons stated by Baer, J., at Trial Term, without costs and without disbursements. Concur—Lupiano, J. P., Capozzoli, Nunez and Markewich, JJ.

■ CAYUGA CONSTRUCTION CORPORATION et al., Appellants, v CITY OF NEW YORK, Respondent.—Order, Supreme Court, New York County, entered on May 5, 1976, unanimously affirmed for the reasons stated by Baer, J., at Trial Term, without costs and without disbursements. Concur—Lupiano, J. P., Capozzoli, Nunez and Markewich, JJ. [86 Misc 2d 474.]

■ THOMAS TORROGROSSA, Respondent, v TOWMOTOR Co., Subsidiary of CATERPILLAR TRACTORS Co., INC., et al., Respondents, and PENNCO INDUSTRIAL, INC., et al., Appellants. PENNCO INDUSTRIAL, INC., Third-Party Plaintiff-Appellant, v TOWER INSULATION CORP., Third-Party Defendant-Respondent. (And Another Action.)—Judgment, Supreme Court, Bronx County, entered July 8, 1976, in favor of the plaintiff against the defendants-appellants Pennco Industrial, Inc., and H. O. Penn Machinery (hereinafter both Pennco), unanimously modified, on the law, to dismiss the complaint, and otherwise affirmed, without costs and without disbursements. Appellant Pennco is a truck leasing company and leased a forklift to Tower Insulation Corp., employer of the plaintiff. It obtained the forklift from codefendant Towmotor Corporation, the manufacturer. Plaintiff was driving the forklift at top speed (eight miles an hour) and suddenly made a left hand turn and the machine overturned and injured the plaintiff. The jury's general verdict